IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF VIRGINIA

| | |
|---|---|
| CAPE FEAR PUBLIC UTILITY AUTHORITY,<br><br>    Movant,<br><br>v.<br><br>MCKINSEY & COMPANY, INC.,<br><br>    Respondent. | MC No. 23-MC-44<br><br>From the<br>Eastern District of North Carolina<br>Nos. 7:17-CV-00195-D and<br>7:17-CV-00209-D |

## PLAINTIFF CAPE FEAR PUBLIC UTILITY AUTHORITY'S MOTION TO COMPEL

Cape Fear Public Utility Authority ("CFPUA") is a Plaintiff in the case captioned *Cape Fear Public Utility Authority et al. v. The Chemours Company FC, LLC, et al.*, Consolidated Case Numbers 7:17-CV-00195-D and 7:17CV-00209-D, Eastern District of North Carolina (the "Pending Action"). CFPUA issued a subpoena to McKinsey & Company, Inc. ("McKinsey") in the Pending Action that called for performance within this judicial district. Pursuant to Rule 37(a)(1) and Rule 45, CFPUA requests that the Court enter an Order requiring McKinsey to (1) produce documents and (2) designate witnesses to testify on topics duly noticed for deposition in accordance with any order issued in the Pending Action on Defendants' Motion for Protective Order or, in the alternative, to transfer the instant motion pursuant to Rule 45(f) to the Eastern District of North Carolina for resolution within the Pending Action.

In support of this Motion, CFPUA states as follows:

1. On November 7, 2023, CFPUA issued subpoenas to Houlihan Lokey, Inc. ("Houlihan") and Deloitte. Houlihan objected to the original subpoena on November 29, 2023. A true and correct copy of Houlihan's objections are attached hereto as Exhibit 1. Deloitte objected on November 21, 2023, a true and correct copy of Deloitte's objections are attached hereto as Exhibit 2.

2. Previously, CFPUA issued a subpoena to McKinsey & Company, Inc. ("McKinsey") that covered, among other things, the documents at issue. CFPUA was negotiating productions with McKinsey during the relevant time period.

3. To narrow the issues between CFPUA and the third-parties, CFPUA issued (i) an Amended Subpoena to McKinsey on December 1, 2023 (Exhibit 3) (the "McKinsey Subpoena"); (ii) an Amended Subpoena to Deloitte on December 5, 2023 (Exhibit 4) (the "Deloitte Subpoena"); and (iii) an Amended Subpoena to Houlihan on December 5, 2023 (Exhibit 5) (the "Houlihan Subpoena")

4. However, on November 29, 2023, Defendants in the Pending Action filed a Motion for Protective Order Regarding Plaintiff Cape Fear Public Utility's Discovery Requests Regarding Fraudulent Transfer Issues (the "Motion for Protective Order"). *Pending Action*, DE 176.

5. The Motion for Protective Order seeks, specifically, to prevent discovery into the issues and documents requested in the Deloitte Subpoena and the Houlihan Subpoena. While the Motion for Protective Order does not specifically mention

2

Case 1:23-mc-00044-UA-LPA   Document 1   Filed 12/15/23   Page 2 of 5

McKinsey, the relief requested in the Motion for Protective Order, fairly read, covers the documents and information requested from McKinsey.

6. On December 7, 2023, following a prior meet-and-confer, McKinsey objected and stated that "the prudent . . . course of action is to hold any McKinsey deposition in abeyance until the Court rules" on the Motion for Protective Order.

7. On December 6, 2023, CFPUA had a meet and confer with Deloitte whereby Deloitte also stated that the prudent course was to hold the issues concerning the Deloitte Subpoena in abeyance until the Court rules on the Motion for Protective Order.

8. On December 7, 2023, Houlihan objected stating that the Motion for Protective Order "is to, among other things, quash the subpoenas issued to Houlihan Lokey. Accordingly, we believe a meet and confer is more appropriate following the resolution of the motion."

9. The Motion for Protective Order is not well grounded, as set forth in CFPUA's response in opposition filed in the Pending Action. *Pending Action*, DE 195 (public redacted version) ("CFPUA's Response").

10. That said, CFPUA agrees with Houlihan, Deloitte, and McKinsey that it is prudent to wait until resolution of the Motion for Protective Order before completing discovery on the issues set forth in the subpoenas.

11. On December 14, 2023, CFPUA and the Defendants in the Pending Action filed a Joint Motion to Extend Fact Discovery for Specific Purposes. *Pending*

3

*Action*, DE 199 (the "Motion to Extend"). The depositions of Houlihan, McKinsey, and Deloitte are among the matters set forth in the Motion to Extend.

12. Except as set forth in the Motion to Extend, the fact discovery period in the Pending Action will end on December 15, 2023. CFPUA files this Motion in an abundance of caution within the presently pending fact discovery period to preserve its rights and to ensure that McKinsey produces documents and witnesses consistent with any resolution of the Motion for Protective Order.

13. Because CFPUA has already fully briefed the legal issues involved in this motion, i.e, in CFPUA's Response, CFPUA relies on and incorporates by reference CFPUA's Response in lieu of a separate or redundant brief under the Local Rules.

14. CFPUA acknowledges that the matters set forth in this motion are pending before the Eastern District of North Carolina in the Pending Action on Defendants' Motion for Protective Order. Therefore, although CFPUA files this motion to preserve its rights to enforce the subpoena to McKinsey in this Court, CFPUA has no objection to the Court transferring this matter to the Eastern District of North Carolina pursuant to Rule 45(f) for resolution in the Pending Action alongside Defendants' Motion for Protective Order.

15. Undersigned counsel certifies that he conferred in good faith with counsel for McKinsey as set forth in this Motion pursuant to the Local Rules.

WHEREFORE, for the reasons more fully set forth in CFPUA's Response, CFPUA moves the Court to issue an order requiring McKinsey to (1) produce

documents and (2) designate witnesses to testify on topics duly noticed for deposition in accordance with any order issued in the Pending Action on Defendants' Motion for Protective Order or, in the alternative, to transfer the instant motion pursuant to Rule 45(f) to the Eastern District of North Carolina for resolution within the Pending Action.

Respectfully submitted, this the 15th day of December 2023.

/s/ Clint S. Morse
George W. House
N.C. State Bar No. 7426
ghouse@brookspierce.com
Alexander Elkan
N.C. State Bar No. 31502
aelkan@brookspierce.com
Shana L. Fulton
N.C. State Bar No. 27836
sfulton@brookspierce.com
Clint S. Morse
N.C. State Bar No. 38384
**BROOKS, PIERCE, McLENDON,**
 **HUMPHREY & LEONARD, LLP**
Post Office Box 26000
Greensboro, North Carolina 27420-6000
Telephone: (919) 882-2522 (Fulton)
Telephone: (336) 373-8850
Facsimile: (336) 232-9114
*Counsel for Plaintiff Cape Fear Public Utility Authority*